UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

DONALD DIXON
VS
WALTER MCNEIL

CASE NO. 5:10-CV-56 RS

## FINANCIAL REFERRAL AND ORDER

Regarding release of funds for: ___ Fine, ___ Restitution, _X_ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee, ___ Bond, ___ Other (Specify) _____

By: _____Donald Dixon #038320_____ (Payee)
Address: DOC, Inmate Bank
PO Box 13600
Centerville Station
Tallahassee, FL 32317-3600

Receipt Number 5-4289 & 5-4298    Date of Receipt    5/10/10 & 5/11/10

Motion: N/A

Explanation: On 5/10/10, the Clerk's Office received $5.00 (see Docket Entry 7) for he habeas filing fee for Petitioner, Donald Dixon. On 5/11/10, the Clerk's Office received another $5.00 payment (see Docket Entry 8) from the Department of Corrections (DOC). Requesting authorization to refund the second payment of $5.00 to Petitioner's DOC account.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: ___s/Philip Detweiler_____
Philip Detweiler, Financial Specialist          Date: June 1, 2010

---

## ORDER OF COURT

It is ORDERED this __1__ day of __June__, 2010, that the Clerk refund the identified funds to the payee.

APPROVED ___✓___

DENIED _____

RICHARD SMOAK
UNITED STATES DISTRICT JUDGE

---

Adopted: 12/03/99